Rec # 6746
12/7/09
$400.00

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------

IN RE:                                                          BK NO. 04-24389

STEVEN M GALAJDA
    Debtor(s)
--------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    George David Delucia, Esq.
    1326 Edgemere Drive
    Rochester NY 14612

2. Your Trustee's check for $400.00, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: December 3, 2009
    Rochester, NY                    /s/_____
                                            GEORGE M. REIBER, TRUSTEE